IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALFRED E. LASSITER						PLAINTIFF

VS.								CASE NO: 5:06-cv-00081-DCB-JMR

GEICO INSURANCE COMPANY					DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the  20th  day of   June   , 2007.


	s/ David Bramlette
	UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

S/ JOHN A. WAITS – BAR # 99259
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI  39215-1084
TELEPHONE:  (601) 969-7607
FACSIMILE:  (601) 969-1116